UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GORDON ROSS HENDERSON,

    Plaintiff,

  v.

JASON BETTS, *et al.*,

    Defendants.

Case No. C09-1156RSL

ORDER VACATING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*. Plaintiff Gordon Ross Henderson, who is proceeding *pro se*, filed his complaint against sixteen individuals, many of whom are entitled to absolute immunity from suit for money damages. The Court ordered plaintiff to show cause why his complaint against the immune defendants should not be dismissed because those individuals are immune from suit. Subsequently, plaintiff filed an amended complaint that deleted the claims against the immune defendants. Accordingly, the order to show cause (Dkt. #3) is hereby VACATED in light of

ORDER VACATING ORDER
TO SHOW CAUSE - 1

plaintiff's filing of his amended complaint, which is now the operative complaint in this matter.

DATED this 1st day of October, 2009.

_____
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE - 2